No. 6626.—Armour Fertilizer Works, aplda., v. Abella Bastón, aplte.—C. D. San Juan. ▌▌▌▌▌▌ Marzo 14, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Por cuanto, la parte apelada ha solicitado la desestimación del recurso interpuesto en este caso, alegando que la cuantía envuelta según las alegaciones de la demanda no alcanza a $300 y que no procede por lo tanto la apelación entablada ante este tribunal;

Por cuanto, la parte apelante se opone a la desestimación, alegando que ha presentado una contrademanda donde reclama de la demandante la cantidad de $500;

Por cuanto, con excepción de la moción de desestimación y la oposición del apelante nada hay en los autos que pueda servirnos de base para apreciar la cuantía de las cuestiones envueltas en este caso;

Por tanto, debe declararse sin lugar la moción de desestimación.

No. 6578.—Antillas Electric Corporation, aplda., v. Mc Leod, aplte.—C. D. San Juan. ▌▌▌▌▌ Enero 16, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la apelación se interpuso en este caso el 10 de diciembre de 1932 y en septiembre de 1933 venció la última prórroga que se concediera al taquígrafo para preparar la transcripción de los autos; y

Por cuanto, ninguna otra gestión se ha hecho por la parte apelante para perfeccionarla:

Por tanto, se declara con lugar la moción de la parte apelada vista con la sola asistencia de su bogado el 15 de enero actual y en su consecuencia se desestima, por abandono, el recurso.